IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01594-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

WILLIE DWAYNE CLARK, #131904,

    Plaintiff,

v.

COLORADO DEPT. OF CORRECTIONS,
RICK RAEMISCH, Exec. Director CDOC,
ANGEL MEDINA, Asst. Prison Operations,
LOU ARCHULETA, Dep. Director of Prisons,
LARRY REID, Deputy Director of Prisons,
TINO HERRERA, Intelligence,
LARRY TURNER, Contract Monitor,
TRAVIS TRANI, Warden of CSP/CCF,
HAWAII DEPT. OF PUBLIC SAFETY,
TED SAKIA, Director of HDPS,
SHARI KIMOTO, Contract Monitor Administrator,
CORRECTIONS CORPORATION OF AMERICA,
TODD THOMAS, Warden of Saguaro Correctional Center (SCC),
BEN GRIEGO, Asst. Warden of SCC,
JODY BRADLEY, Asst. Warden of SCC,
NICK PASTELLA, Chief of Security of SCC,
N. CARRIER, Chief of Unit Management of SCC,
J. GUILIN, Unit Manager of SCC,
J. ALEXANDER, Unit Manager of SCC,
M. GAWLIK, Security Threat Group Lt. of SCC,
FNU, BURNS, Shift Lt. of SCC,
FNU, RODRIGUEZ, Disciplinary Hearing Officer of SCC,
MANUAL ROMERO, Shift Sgt. of SCC, and
JUAN FLORES, Correctional Counselor of SCC,
FNU, STREETER, Property Officer of SCC,
FNU, FERNINO, Property Officer of SCC,
MITCH MORRISSEY, Deputy District Attorney of Denver,
KEVEN MILYARD, Deputy Director of Prisons,
ROBERT NEFF, Case Manager of Centennial Corr. Facility,
FNU, RODRIGUEZ, Mailroom Sgt. of Centennial Corr. Facility,
DENNIS BURBANK, CDOC Legal Liason,
DAMON HINUIGER, Corrections Corp. of America, President,

FNU, KOLATH, CDOC Capt. of DRDC,
A. SHOAGA, CDOC Case Manager of DRDC,
JAMES OLSON, CDOC Case Manager of CSP,
FNU, MEEHAN, CDOC Lieut. of DRDC,
M. CARLSON, Case Manager of Saguaro Corr. Center,
5 JOHN DOES, CDOC OFFICIALS, and
3 JANE DOES, CDOC OFFICIALS,

      Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

On June 5, 2014, Plaintiff submitted a Prisoner Complaint to the Court. As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the document is deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue any claims in this Court in this action. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   X   is not submitted
(2)   ___   is missing affidavit
(3)   X   is missing certified copy of prisoner's trust fund statement for the six month period prior to filing this action
(4)   ___   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information
(6)   X   is missing authorization to calculate and disburse filing fee payments
(7)   ___   is missing an original signature by the prisoner
(8)   ___   is not on current Court-approved form
(9)   ___   names in caption do not match names in caption of complaint, petition or habeas application
(10)   X   other: <u>In lieu of submitting the § 1915 motion and affidavit and supporting documents, Plaintiff may pay the $400.00 filing fee in advance.</u>

**Complaint, Petition or Application**:

2

(11) __ is not submitted
(12) __ is not on proper form
(13) __ is missing an original signature by the prisoner
(14) __ is missing page nos. __
(15) __ uses et al. instead of listing all parties in caption
(16) __ names in caption do not match names in text
(17) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __ other:

Accordingly, it is

    ORDERED that Plaintiff cure the deficiency designated above **within thirty days from the date of this Order**.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

    FURTHER ORDERED that Plaintiff shall obtain the Court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  Use of Court-approved form is required to cure the deficiency.  It is

    FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiency **within thirty days from the date of this Order**, the action will be dismissed without further notice.

    DATED June 10, 2014, at Denver, Colorado.

                              BY THE COURT:

                              s/ Boyd N. Boland
                              United States Magistrate Judge