IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01594-MJW

WILLIE DWAYNE CLARK,

Plaintiff,

v.

RICK RAEMISCH, in his official and individual capacities,
ANGEL MEDINA, in his individual capacity,
LOU ARCHULETA, in his individual capacity,
TINO HERRERA, in his individual capacity,
LARRY TURNER, in his individual capacity,
TRAVIS TRANI, in his individual capacity,
DENNIS BURBANK, in his individual capacity,
CHRIS BARR, in his individual capacity,
JAMES OLSON, in his individual capacity,
CORRECTIONS CORPORATIONS OF AMERICA, a Maryland Corporation,
TODD THOMAS, in his individual capacity,
BEN GRIEGO, in his individual capacity,
JODY BRADLEY, in his individual capacity,
NICK PASTELLA, in his individual capacity, and
NICK CARRIER, in his individual capacity,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

　　It is hereby ORDERED that the plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Motions to Dismiss (Docket No. 57) is granted. Accordingly, plaintiff shall have up to and including April 13, 2015, to respond to Docket Nos. 54 and 55.

　　It is further ORDERED that the CDOC Defendants' Motion to Stay Discovery, Stay Rule 26 Deadlines and Proceedings, and to Vacate the March 30, 2015, Scheduling Conference (Docket No. 56) is granted. Accordingly, all discovery in this matter and the Rule 26 deadlines are stayed until further Order of the court, and the Scheduling Conference set on March 30, 2015, at 10:30 a.m. is VACATED.

Date: February 27, 2015