IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01594-MJW

WILLIE DWAYNE CLARK,

Plaintiff,

v.

RICK RAEMISCH, in his official and individual capacities,
ANGEL MEDINA, in his individual capacity,
LOU ARCHULETA, in his individual capacity,
TINO HERRERA, in his individual capacity,
LARRY TURNER, in his individual capacity,
TRAVIS TRANI, in his individual capacity,
DENNIS BURBANK, in his individual capacity,
CHRIS BARR, in his individual capacity,
JAMES OLSON, in his individual capacity,
CORRECTIONS CORPORATIONS OF AMERICA, a Maryland Corporation,
TODD THOMAS, in his individual capacity,
BEN GRIEGO, in his individual capacity,
JODY BRADLEY, in his individual capacity,
NICK PASTELLA, in his individual capacity, and
NICK CARRIER, in his individual capacity,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Elisabeth L. Owen, Esquire's Unopposed Motion for Leave to Provide Limited Scope Representation Pursuant to D.COLO.LAtty 2(a) [docket no. 68] is GRANTED finding good cause shown and finding no objection by Defendants or by the Plaintiff Willie Dwayne Clark.  The written Notice of Limited Representation Entry of Appearance of Elisabeth L. Owen (docket no. 68-1) is accepted for filing as of the date of this minute order. Attorney Elisabeth L. Owen shall be permitted to represent Plaintiff Willie Dwayne Clark for the limited purpose of responding to the pending Motions to Dismiss (docket nos. 54 and 55).

Date: May 12, 2015